SYDNEY J. WOOD, Doing Business under the Name of 53RD STREET SUBWAY LIQUOR STORE, Respondent, *v.* JOHN M. O'GRADY, Individually and as President of Wine and Liquor Store Employees Union, Local 122, A. F. of L., et al., Appellants.

Submitted February 21, 1955; decided March 10, 1955.

Motion for reargument or, in the alternative, to amend the remittitur denied. [See 307 N. Y. 532.]